**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:11-cv-00056-MR**

| | | |
|---|---|---|
| **GLENN L. MITCHELL, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

the Plaintiff's Motion for Judgment on the Pleadings is **DENIED**; the

Defendant's Motion for Summary Judgment is **GRANTED**; and the

Commissioner's decision is hereby **AFFIRMED**.  This case is hereby

**DISMISSED WITH PREJUDICE.**

Signed: February 25, 2013

Martin Reidinger
United States District Judge